Lyonel Love EL
P.O. Box 631
Harbor City, California [90710]
(773)699-5905
In Propia Persona Sui Juris

FILED
2019 DEC 13 PM 2:42

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lyonel Love EL DBA NATIONAL MOORISH HEBREW ISRAELITE CONSTITUTIONAL AFFAIRS A SUBSIDIARY OF THE MOORISH SCIENCE TEMPLE OF AMERICA, Isaiah J. Murphy<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF MURRAY ROTHSTEIN AKA SUMNER REDSTONE, CNBC, NATIONAL AMUSEMENTS, VIACOM, BLAZE MEDIA, LLC, TYLER CARDON, GASTON MOONEY, MERCURY RADIO ARTS, NBCUniversal MEDIA, LLC, TRIBUNE MEDIA COMPANY, NEXSTAR MEDIA GROUP, PETER M. KERN, British Accredited Registry BAR (National and State).<br><br>Defendant(s) | Case No.: CV19-10570-JAK(AGRx)<br><br>RICO CIVIL COMPLAINT FOR DEFAMATION, LIBEL, AND SLANDER |

RICO CIVIL COMPLAINT FOR DEFAMATION, LIBEL, AND SLANDER - 1

# STATEMENT OF FACTS-BACKGROUND OF CASE-

The Plaintiffs in this case Lyonel Love EL DBA NATIONAL MOORISH HEBREW ISRAELITE CONSTITUTIONAL AFFAIRS A SUBSIDARY OF THE MOORISH SCIENCE TEMPLE OF AMERICA, Isaiah J. Murphy, are bringing suit against the Defendants, THE ESTATE OF MURRAY ROTHSTEIN AKA SUMNER REDSTONE, CNBC, NATIONAL AMUSEMENTS, VIACOM, BLAZE MEDIA, LLC, TYLER CARDON, GASTON MOONEY, MERCURY RADIO ARTS, NBCUniversal MEDIA, LLC, TRIBUNE MEDIA COMPANY, NEXSTAR MEDIA GROUP, PETER M. KERN, British Accredited Registry BAR (National and State) and state the following in support thereof:

For the media block imposed against the Plaintiffs exposing Plaintiffs to the harms of being association with the lack of humanity. The media coverage does little to nothing in reflecting the truth about the nationality of the Moors (Hebrew Israelites) here in these shores of North America. The annual avalanche of lies and propaganda have done nothing more than to spew the repetitive lies about slavery willfully exposing a whole nation of people to the mistreatments, abuses, and misuses of all of the other citizens. In this new era of time no longer can the media (or those who support or rely on the industry) allow this subject to go unaddressed. No longer can the people be subjected to fake news as it relates to the truth about the identity and the birthright of the Moors (Hebrew Israelites) here in The Present Moroccan Empire (North America). This brief is not subject to the rules of the BAR or the language of legalese and the author reserves the right to alter complaint if or when it should become necessary. This Complaint has been drafted to address the most recent attack which came in the form of the defendants assigning the term "black" to Hebrew Israelites as a mark of death and genocide. Plaintiff directs the court to the irony of the defendants' own historical claims against tyrants who were allegedly guilty of the same type of crimes that the Plaintiffs here accuse the defendants of.

From the Desk of the Grand Sheik of the Moorish Science Temple of America on the current state of affairs as it relates to the Moors (Hebrew Israelites) in North America

The Social Subject question should be...
Why is the lack of humanity being put toward a human situation? Maybe it's because no one wants to address the real subject matter at hand, "The elephant in the room" The Nationality of the so called African American. With the chickens coming home to roost this karmic debt is forcing us to deal with

the issues front and center knowing these are the solutions that are going to bring us to a more prosperous nation. Nationality not being addressed is the one STAIN that holds this great nation back. As long as you ignore that fact you have no moral capacity to be a leader of the free world. This is a process being used to dehumanize a whole sector of humanity (genocide).

Where are the people to go?? Because you have taken away every avenue that they have for any refuge or cover. You're not safe to being a Moorish American because the media want to characterize You as being a Sovereign citizen cause you stand up for your rights. On the one hand for lack of proclaiming your nationality due to ignoring it you're dehumanize as chattel property where you're not even recognized in society to even have a proper condolence call.

THIS IS A Black EYE on the media because of a lack of concern and refusal to deal with the negro problem appropriately. THIS IS WHY WE NEED A STRONG PRESS TO TELL OUR OWN STORY AND PRESENT IT TO THE WORLD NO ONE WILL DO IT FOR US. LA David Johnson He has become the poster child for the so-called "negro problem". On the one hand you have active Moors (Hebrew Israelites) (Hebrew Israelites) who are doing nothing but filing paperwork to affect their status and they are being deemed as paper work terrorist and lets go back to the fact you have 911 situation that was used to put an improper slant against the Moorish Moslems and Muslims on our land. This was initially supposed to make things get better but who really benefitted from this, who were the ones that was scrutinized the most? It would appear to be the people who identify with the Islamic faith specifically. The greater issue is the Humanity of the Moors (Hebrew Israelites) (Hebrew Israelites) has not been recognized nor respected and it is because of the silenced false portrayal of the Moorish American Moslems Of the West here in North America. The false narratives need to cease as far as the George Washington nonsense.  Myths of lies on the founding fathers this whole false narrative has been feeding this propaganda machine. This machine is being used to spew out lies and micromanage the issues and present it in a way they want it. So the false narrative continues Where you have people over here in North America who are claiming to be indigenous to the land but they are not, if they come from somewhere else. So the perception is that "OK  LETS TELL THE WORLD THE PEOPLE THAT ARE INDIGENOUS ARE IN FACT NOT!!,AND THAT WOULD DISPLACED THEM FROM BEING NOTICED AS HUMAN BEING NOTICED AS HUMAN BEINGS HAVING ANY TYPE OF SOVERIEGTY OR ATONOMOUS TO A SOVERIEGN NATION.  So the whole false narrative with regards to the discovery mythos has to be broken asunder!! This is why the Prophet Noble Drew Ali Spoke about the constitution being is one of the greatest docs of all times. Since it was our forefathers who were key instrumental in the instructions of these contracts then it puts us in a paramount position to be the enforcement of said contract. That takes us back to the Treaty of Peace and Friendship because you have a relationship that was initially established between two nations in the year 1836.  It's a relationship where one recognized the other, and nothing can ever change the fact that is what it was. However if the people who were representatives of the recognizers somehow have fallen asleep then this removes them from being in a position and this is a form of latches. The Birthrights are assigned to those who are parties AND PARTICIPANTS IN that contract. This is why the humanity of the situation has been removed, in addressing the issue, now you have to address the issues and you have to bring it all on equal footing and in dealing with it on equal footing were all the same, now you have to apply the

principals, one is at home and one is not. `How does that balance things out? On another level, some of the great issues We have so many corporate states who are taxing the people so what gives them the authorization to do that? We understand the whole issue and concept of what taxes represent, taxes represents a form of responsibility that the citizens are assigned in order to give law and order the authority to govern. Let's understand the concept of government. Government is a concept of the mind in fact if you look it up from the perspective of etymology it breaks down to mind control. You have two forms of government in the whole world you have Monarchy and Republicans. The first being sovereigns- Kings, Queens, Emperors, and Sultans. Why do they collect taxes to keep the infrastructure One of the main reasons taxes are collect for the sovereign is for the defense of the Nation Army, navy etc. to protect the Nation, then for the administration. The funds are collected from the people and the people consent to that because the sovereign has been raised by his equals an in powered to administrate the government to administer the defense and to maintain day to day functions to protect the citizens etc., and things of that nature. This is the whole concept of governing, the subjects consent because they have the representation and protection of that particular form of government by the people for the people. The people give their authorization to a select few elected with the same authority as the sovereign to collect taxes from the people for the defense and for the administration government just like you see the mayor would be the sovereign or the governor or county board would be the sovereign or the president would be in a position of a sovereign county.

Correspondence to the State of Illinois Public Access Counselor of the Attorney General from the Moorish Science Temple of America as of 10/19/2017-

"For the sake of clarity, The Moorish Science Temple of America as a body politic has not received any support from the State of Illinois in violation of the Declaration of the Rights of Indigenous People (DRIP). With the Grand Sheik, the Assistant Grand Sheikess, as well as the members being subjected to economic servitude and genocide due to the utilization of blocking statutes whenever remedies within the court are sought out or making moves for our actual freedom are/is at stake. For example, last year (In the last week of July of 2016 to be exact) after the passing away of one of our most esteemed members while doing research on how to acquire burial ground as a religious society at the Cook county Recorder of Deeds office we were allegedly "barred" from the premises with no logical, legal, or lawful reason whatsoever after years of doing business at said office with no problems whatsoever as certain longtime employees will attest to. Sadly, that is just one among many examples that I could name here and I am sure once the research is done on all that has transpired in the courts a pretty grim picture will come into focus with regards to the involvement of the courts, the Secretary of State, and quite naturally the Attorney General's Office as well. Since the July 25, 2017 admission of the Moorish Science Temple of America as a body politic during the status hearing in the case Moorish Science Temple of America et al vs. State of Illinois et al, 17 CH 04526 by counsel for the defense- Asst. Cook county State Attorney Daniel Brennan the state of Illinois has been fully advised and still yet the genocide persist. The fact of the matter is this –it takes finance to uplift a nation and that is what is most needed at this time immediately to fund the following:

RICO CIVIL COMPLAINT FOR DEFAMATION, LIBEL, AND SLANDER - 4

Moorish News Media (to educate the public about Moorish culture and to distribute Moorish literature in print or electronically)

Moorish Land and Property Acquisitions (for the Acquisition of residential and commercial land and real estate for the use and benefit of the members)

Moorish Law School and Services (for the educating of civics and the advocacy the Rights of Moorish Americans (Hebrew Israelites) and all Indigenous People, to also train all needful state personnel on the faith and culture of Moorish Americans (Hebrew Israelites) indigenous to North America)

(FOIA's have already been put in to request much of this information as of today)

The record will reflect that upon the research, study, and investigation of the current administration (Love EL) of the Moorish Science Temple of America as a body politic while fighting to set aside false poverty have been blocked and beset to the point of being not only removed from necessary resources to maintain a body politic but also resources necessary for personal survival (water, food, dwelling space, etc.) and as such willful ignorance, negligence, or lack of urgency with regard to this very pressing emergency by the state or any of its employees will be deemed to be part of the conspiracy to impose genocide against the Moors (Hebrew Israelites) on their own land in violation to international law (DRIP) and constitutional laws both federal and state. Again gratitude to you for your prompt response, please feel free to forward this information to the appropriate parties as we look forward to hearing from you all and working with you in the very near future." Even though the State of Illinois was forced to admit to the status of the Temple as a body politic we still would not be without our share of challenges. Case in point, with the actual coordinates of the Prophet's Trust being Doc # 10105905 Book 521 Pg 79 Filed on August 1, 1928 @ 2:52 PM we had not been effective in the business of administration of said Trust. While doing research this administration would find that in the year of 1981 and the month of June that the incumbent Recorder of Cook county at that time Sydney Olsen would be the first to make a reference to Page 79 rather than the widely circulated and erroneous reference to Page 579. Attempting to operate the Trust could be blocked due to one major detail being added (the 5 being deliberately forged in front of the 79 on the document). Not Since the Prophet Noble Drew Ali or a Moor by the name of Frank Lewis El Bey has any group, organization, or individual worked any harder to make known to the world the works of the Prophet with regards to the MST of A as a body politic/trust. As stated within the Oral Statements of the Prophet (what would be considered as Hadith by those who bear witness to the prophethood of Drew Ali) that the Moors (Hebrew Israelites) (Hebrew Israelites) would come into their own in the year 2000. The Trust being set up was supposed to be instrumental in assisting with the transition of the Moors (Hebrew Israelites) (Hebrew Israelites) coming into our own however it would entail a process which would require the assistance of the State. The State (in the form of belligerent trustees) has elected to willfully ignore the Moors (Hebrew Israelites) (Hebrew Israelites) making valid claims for the estate which is a form of genocide and treason. Receiving the treatment of a 1857 Dred Scott subject through false poverty being imposed on Moors (Hebrew Israelites) as a genocidal tactic. The utilization of statutory blocks to keep the Moors (Hebrew Israelites) from benefiting from the vast estate held in trust even on the fact of one number being added to the coordinates of the trust adds confusion and controversy to an already very secretive subject matter.

RICO CIVIL COMPLAINT FOR DEFAMATION, LIBEL, AND SLANDER - 5

Never before has so great a man been hated by so many on the strength of his works which encompasses reclaiming the vast estate long promised to the seed of Abraham. In the formation of the Trust the Prophet utilized the works of three individuals to substantiate his claim, Sir. Robert Torrens (The Individual that the Torrens Registration System is named for), Daniel P. Cook (The Individual that Cook county is named after), and Harvey B. Hurd (The Co-Author of the Smith-Hurd's Revised Statutes). So that it is understood the attendance at the Pan American Conference hosted by the OAS (Organization of American States) in Havana, Cuba by the Prophet Noble Drew Ali is for the acknowledge his relationship to those ancient Pharaohs of Egypt. Realizing that the Torrens Registration system within Cook county would be the most acceptable system to file his claim in trust through the Smith-Hurds Revised Statutes. After the Prophet Noble Drew Ali changed forms, Aaron Payne El who by some of the elders account was actually a European who went about attempting to sabotage some of the Prophet's works at the behest of his own people. So that also meant tampering with documentation (adding 5 to pg. 79) to throw off any seeking to properly designate said trust. 1935 (by way of Jesse Shelby El 1/8/1935) and 1981 (by way of Sydney Olsen the incumbent Cook county Recorder at that time) were the only clues that we had that something was not right with our Trust/Body Politic. Our first attempt to make it known before the world was when we as a family first appeared before the officials of the Temple before 2000 sharing our findings with not only our Temple in Chicago but all of the other subordinate temples that we were aware of at that time as well. That would result in no action from any of those temples informed leaving it to us to formulate Doc # 99174173 filed on February 22, 1999 as an emergency which was perfected in Document # 1407829010 filed on 3/19/2014. With said documents (and some documents filed in between said documents) being indexed under the trust it was our understanding that once the successorship issue had been resolved for the record then that would activate the performance but that wouldn't be the case. Initially three others were appointed on an emergency basis, my current Assistant Grand Sheikess Moalt D. Love El, Bro. D. Lewis El (Temple Security), and Sis. L Lewis El (Secretary/Business Manager) in 1999. The Love EL administration has begun to make its mark by restoring the original Document 10105905 to the back of the 101's for starters. Once our Asst. Grand Sheikess located said instrument and had it ordered from the warehouse the rest is history. Once confronted with the real document you wouldn't believe the statements by the crooks that are hiding and sitting on this information. The most wildest lie that I have heard is that the reason that the instrument with the Prophet's signature was not used to protect the movement and the charter. You actually have people that have been planted within some of these Moorish groups to attempt to dumb the members down and to detract from law and civics. The spirit of the Great God, Allah has always lead this administration to educate the people no matter who they were paying their dues to. Spiritually we were directed to reveal everything that has been affecting us as we have been guided to file suit showing that we were fighting and not in agreement in anyway with the benefits associated with the utilization of FRN's (Federal Reserve Notes). We as Grand Sheik chose to become familiar with the legal system only to find that ones would go to any lengths sparing no expense to oppose any moves or efforts that we would attempt to make for our actual freedom. The Cointelpro tactics involve attempting to associate active Moors (Hebrew Israelites) (Hebrew Israelites) with European sovereignty movements. The reason why it has been so hard to access that which has been left

to the Moors (Hebrew Israelites) (Hebrew Israelites) in Trust by our Prophet is because Moors (Hebrew Israelites) (Hebrew Israelites) and Europeans betrayed the TRUST of the Prophet. Those who were left as the Supreme Grand Council/Grand Body were either traitors or incompetent to raise to the tasks of have powers and duties similar to that of a Trustee. So the Love EL administration up until literally two years ago had began to fund all of the lawsuits, day to day operational expenses, Media shows, etc., without any support from the membership and on our own dime. We have many receipts with proof of what we say like for example the Right to Travel fight transformed into the Birthright fight (Federal case-Moorish Science Temple of America Vs. City of Chicago et al 10 CV 1047) or that Love EL v. Easterbrook et al 15 CV 03881 where we sued 11 Federal court "judges". The work of restoring the Prophets' Trust had to be a covert operation because many of the foes of Allah and his Prophet operate and maneuver their wickedness from high places making it easy for them to make other lives difficult through various means especially if those that are targeted are somehow linked into the system. Those who have attempted to sabotage the works of the Prophet Noble Drew Ali as it pertains to his works with the Moorish Science Temple of America as a Trust/Body Politic have only been successful due to the ignorance of the people/members. Even after filing the Successor to the Prophet Document # 1407829010 filed on 3/19/2014 it still became necessary to file Moorish Science Temple of America et al VS. State of Illinois et al Case No. 17 CH 04526. With litigation currently pending we need finance and we need it badly until we can have access to what belongs to us without blockages from any belligerent trustees or their colonist masters attempting to remove us from the standard of life afforded to us by way of Trust. Let the record show that we are still currently under attack from false poverty and genocide being imposed on those making moves for their actual freedom.

## CONCLUSION

WHEREFORE this Defamation lawsuit for $420 million is for punitive, compensatory, and pain and suffering damages with the following provisions in place:
- To no longer to associate or assign the terms- "Black", "Negro", "Colored", "African-American" or "White" to human beings as these terms are not only grammatically incorrect and unconstitutional, but expose the victims to attacks genocide and economic disenfranchisement.
-An ongoing quarterly report to ensure compliance bans put on what can be best termed as marks or badges of slavery.
-For the cost of suit incurred in this action; and
For such other relief as the court may deem proper.

_[Signature]_
Signature

Dated this 12th day of December, 2019